IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN PAULK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv464-T |
| | ) | (WO) |
| FRANCIS HARVEY, Secretary | ) | |
| of the Army, and THE | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 7) is granted and that this cause is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of June, 2005.

                                              /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**